IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT BARNES**                                                                                   **PETITIONER**
**ADC#085569**

v.                                    **CASE NO: 5:13CV00062 BSM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                               **RESPONDENT**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge J. Thomas Ray have been reviewed.  After careful consideration, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

The amended petition for writ of habeas corpus [Doc. No. 2] pursuant to 28 U.S.C. § 2254 filed by Robert Barnes is dismissed without prejudice.  In § 2254 cases, a certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(1)-(2).  As there is no issue on which Barnes has made a substantial showing of a denial of a constitutional right, a certificate of appealability is denied.

IT IS SO ORDERED this 2nd day of December 2014.

                                                                                 /s/ Brian S. Miller
                                                                    UNITED STATES DISTRICT JUDGE