IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**ROBERT BARNES**   **PETITIONER**
**ADC#085569**

v.   **CASE NO: 5:13CV00062 BSM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**   **RESPONDENT**

### JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed without prejudice.

DATED this 2nd day of December 2014.

_____
UNITED STATES DISTRICT JUDGE